

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

*Frances Bajada*
*Assistant United States Attorney*

970 Broad Street, Suite 700
Newark, New Jersey 07102
frances.bajada@usdoj.gov

main: (973) 645-2700
direct:(973) 297-2038

February 8, 2026

**Via ECF**
Hon. Karen M. Williams, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, New Jersey 08101

  Re: *Campos Munoz v. Bondi, et al.*, No. 25-18720 (KMW)
     **Extension Request by Consent**

Dear Judge Williams:

  This Office represents Respondents in the above habeas immigration action. On January 16, 2026, this Office filed a letter respectfully informing the Court that Petitioner had received a bond hearing on January 13, 2026, in accordance with the January 7, 2026 Text Order, ECF 2. ECF 3. The Court then issued a *sua sponte* Text Order on January 22, 2026, ordering Respondents to submit briefing and supporting documentation "to determine whether the bond hearing comported with the requirements of due process and fundamental fairness" by January 29, 2026. ECF 4. On Saturday, February 7, 2026, Respondents learned that they had inadvertently missed the January 29, 2026 deadline. Accordingly, Respondents respectfully request that the Court permit Respondents to file briefing supporting the fundamental fairness of the January 13, 2026 bond hearing by Tuesday, February 10, 2026. Today, on February 8, 2026, Rebecca Hufstader, Esq., counsel for Petitioner, indicated that she consented to extend Respondents' briefing deadline to February 10, 2026.

  We sincerely apologize for the missed deadline and acknowledge our error. We thank the Court for its consideration of this matter.

              So Ordered this 10th day
              of February, 2026

              KAREN M. WILLIAMS
              UNITED STATES DISTRICT JUDGE

Hon. Karen M. Williams, U.S.D.J.
February 8, 2026
Page 2

          Respectfully submitted,

          TODD BLANCHE
          U.S. Deputy Attorney General

          JORDAN FOX
          Chief of Staff & Associate Deputy
          Attorney General
          Special Attorney

By:   *s/Frances Bajada*
       FRANCES BAJADA
       Assistant United States Attorney
       *Attorneys for Respondents*

cc:    Counsel of record (via ECF)